JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV  89130
(702) 258-1183 ph/(702) 258-6983 fax

*Attorneys for Plaintiff*

ANDREW L. SATENBERG, ESQ.
California Bar No.: 174840 (admitted *pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064
(310) 312-4000 ph/ (310) 312-4224 fax

SEETAL TEJURA, ESQ.
Nevada Bar No.: 8284
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7401 West Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000 ph/(702) 385-7000 fax

*Attorneys for Defendants*

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**
**\*\*\***

| | |
|---|---|
| PATRICIA R. GALVAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>DEL TACO,<br><br>        Defendant. | Case No.:  2:12:cv-01135-GMN-GWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**<br><br>**[FIRST REQUEST]** |

Plaintiff PATRICIA R. GALVAN, by and through her attorneys, the law firm of Kemp &

Kemp, and Defendant DEL TACO, by and through its attorneys, the law firm of Manatt, Phelps &

Phillips, LLP, and Alverson, Taylor, Mortensen & Sanders, respectfully request and hereby submits the instant Stipulation and Order to Extend Time to File the Joint Pre-Trial Order (First Request).

The request is due to Plaintiff's recent retention of counsel in this matter and the need for Plaintiff's counsel to have adequate time to review the case file. The parties request that this Court extend the time to file the Joint Pre-Trial Order until **Monday, July 27, 2915**. The request is made in good faith and not sought for any improper purpose or other purpose of delay.

DATED:  July 13, 2015.                                  DATED:  July 13, 2015.


_____/s/ Victoria L. Neal_____                      _____/s/ Andrew L. Satenberg_____
JAMES P. KEMP, ESQ.                                    ANDREW L. SATENBERG, ESQ.
VICTORIA L. NEAL, ESQ.                                 MANATT, PHELPS & PHILLIPS, LLP
KEMP & KEMP. ATTORNEYS AT LAW                          11355 West Olympic Boulevard
7435 W. Azure Drive, Suite 110                         Los Angeles, CA 90064
Las Vegas, NV  89130                                   (310) 312-4000 ph/ (310) 312-4224 fax
(702) 258-1183


*Attorneys for Plaintiff*                              _____/s/ Seetal Tejura_____
                                                       SEETAL TEJURA, ESQ.
                                                       ALVERSON, TAYLOR, MORTENSEN
                                                       & SANDERS
                                                       7401 West Charleston Boulevard
                                                       Las Vegas, NV 89117
                                                       (702) 384-7000 ph/(702) 385-7000 fax

                                                       *Attorneys for Defendants*


**ORDER**


IT IS SO ORDERED:

DATED: July 14, 2015                                   _____
                                                       United States Magistrate Judge

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

2