JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| PATRICIA R. GALVAN, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:12:cv-01135-GMN-CWH |
| vs. | ) | **JOINT STATUS REPORT REGARDING SETTLEMENT** |
| DEL TACO, | ) | |
| Defendant. | ) | |

Per the Court's instructions, the parties report the status of settlement discussions as follows: The parties are continuing to negotiate in good-faith to reach a settlement as to all issues in this matter.

…

…

…

…

…

…

…

1

The parties hereby request an additional week, up to and including January 21, 2016, to reach a settlement or to inform the Court otherwise.

DATED this 14th day of January, 2016.

| | |
|---|---|
| KEMP & KEMP | MANATT, PHELPS & PHILLIPS, LLP |
|   |   |
| _/s/ Victoria L. Neal_ | _/s/ Andrew L. Satenberg_ |
| James P. Kemp, Esq. | Andrew L. Satenberg, Esq. |
| Victoria L. Neal, Esq. | 11355 West Olympic Blvd. |
| 7435 W. Azure Drive, Ste 110 | Los Angeles, CA 90064 |
| Las Vegas, NV 89130 | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |
| | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
| | _/s/_ |
| | Seetal Tejura, Esq. |
| | 7401 West Charleston Blvd. |
| | Las Vegas, NV 89117 |
| | *Attorney for Defendant* |

## **ORDER**

**IT IS HEREBY ORDERED** that the parties must submit a joint status report regarding the outcome of the continued settlement negotiations by noon, January 22, 2016.

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE