# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

PATRICIA R. GALVAN,

        Plaintiff,

vs.

DEL TACO,

        Defendants.

2:12-cv-01135-GMN-CWH

**ORDER**

      The parties requested a telephonic status conference in their Joint Status Report Regarding Settlement. (#134).

      IT IS HEREBY ORDERED that an in-chambers' telephonic status hearing is scheduled for 10:00 a.m., February 8, 2016. The parties must provide to chambers (702) 464-5540, by 10:00 a.m., February 5, 2016, a telephone number by which they can be reached for the scheduled hearing.

      DATED this 25th day of January, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE