**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

PATRICIA R. GALVAN,

                 Plaintiff,

vs.

DEL TACO,

                 Defendant.

2:12-cv-01135-GMN-CWH

**ORDER**

Before the court is Defendant Del Taco's Request for Telephonic Appearance at June 13, 2016 Settlement Conference. (ECF No. 146). Plaintiff has filed an opposition. (ECF No. 147).

Considering the arguments of counsel and, in particular, the posture of the negotiations at the end of the January 7, 2016, Settlement Conference in my chambers, I conclude that requiring Mr. Sattenberg and a representative of his client to attend the reconvened settlement conference in person would not improve the chances that this case will settle on June 13, 2016. Such a requirement may actually impede a successful resolution.

However, if Plaintiff and her counsel do not agree with the court on this point, they will not be required to go forward with a reconvened settlement conference.

Accordingly, IT IS HEREBY ORDERED that Defendant Del Taco's Request for Telephonic Appearance at June 13, 2016 Settlement Conference (ECF No. 146) is GRANTED.

IT IS FURTHER ORDERED, that, should Plaintiff wish to cancel the June 13, 2016, settlement conference, she must file a motion to cancel the settlement conference. If that motion to cancel is filed on or before noon on Tuesday, June 7, 2016, it will be granted. If no such motion is filed by that time, the

///

///

///

settlement conference will proceed as scheduled, with a telephonic appearance by defendant and its counsel.

DATED this 2nd day of June, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE